NTCMDC (11/04)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

In Re                                                                                           **Case No.** 10–00136

Rachel Kostelac and Dominique Joseph Kostelac

**Debtor**                                                                                       **Chapter** 11

## NOTICE OF MOTION TO DISMISS OR CONVERT
## AND NOTICE OF HEARING
==========================================

The United States Trustee has filed a motion to dismiss or convert this case. Your rights may be affected. You should discuss the motion with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) The motion is on file at the Clerk's Office and available there for you to read. Also, the motion may be viewed via Public Access to Court Electronic Records (PACER); however, you will need a PACER account and you will be assessed a fee for viewing the motion via PACER. For more information regarding PACER, please see their web site at http://pacer.psc.uscourts.gov.

If you do not want the court to grant the relief sought, or if you want the court to consider your views on the motion, then you or your attorney must file a written response or answer within 21 days of the date of this notice explaining your position. Responses or answers must be submitted to: United States Bankruptcy Court; Clerk's Office, 333 Constitution Avenue, NW, Washington, DC 20001.

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. Also, you must mail a copy to the movant's attorney.

A hearing has been scheduled on this matter on 8/3/10 at 09:30 AM. The hearing will be held in Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, DC 20001.

IF YOU OR YOUR ATTORNEY DO NOT RESPOND, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF WITHOUT A HEARING.

Dated: 6/29/10                                                              For the Court:
                                                                            Clerk of the Court

                                                                            BY:  sm